# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2583
_____

MARIO AREVALO-RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.

July 21, 2026

PER CURIAM.

AFFIRMED.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mario Arevalo-Rodriguez, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.